1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ELIJAH CANISTER,

                   Petitioner,

     v.

MUNIZ, Warden,

                   Respondent.

Case No. CV 16-00424 CAS (AFM)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge.  No objections to the Report have been filed herein.  The Court accepts the findings and recommendations of the Magistrate Judge.

     IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) respondent's Motion to Dismiss with respect to Ground Four is granted; and (3) Judgment shall be entered denying the Petition and dismissing the action with prejudice.

DATED:  February 14, 2017

                          _____
                        CHRISTINA A. SNYDER
                      SENIOR U.S. DISTRICT JUDGE