JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH CANISTER,<br><br>            Petitioner,<br><br>      v.<br><br>MUNIZ, Warden,<br><br>            Respondent. | Case No. CV 16-00424 CAS (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 14, 2017

_____
CHRISTINA A. SNYDER
SENIOR U.S. DISTRICT JUDGE